UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>KIMBERLY O'CONNOR, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) CAUSE NO.: 2:23-CV-440-JD-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court *sua sponte*. On April 26, 2024, Defendants Cox and O'Connor filed initial disclosures. Northern District of Indiana Local Rule 26-2 prohibits the routine filing of discovery, with certain exceptions that do not appear applicable in this instance. *See* N.D. Ind. L.R. 26-2(a).

In addition, the Court notes that the documents also appear to include the full name of the plaintiff, who has filed a motion to proceed anonymously in this case. Until and unless that motion is denied, no party should put any information on the public docket that identifies her, and doing so may result in sanctions.

Accordingly, the Court **STRIKES** the Initial by Defendant Kimberly Cox [DE 24] and Initial by Defendant Kimberly O'Connor [DE 25].

SO ORDERED this 26th day of April, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record

1