**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

JANE DOE,                              )
             Plaintiff,           )
                        )
      v.                              )      CAUSE NO.: 2:23-CV-440-JD-JEM
                        )
KIMBERLY O'CONNOR, *et al.*,           )
             Defendants.          )

**ORDER**

This matter is before the Court on Plaintiff's Motion to File the Attached Amended Complaint [DE 28], filed July 4, 2024. Plaintiff requests that she be permitted to amend her complaint to add several counts and parties. On April 29, 2024, the Court granted Plaintiff's request to proceed anonymously and ordered Plaintiff to file an unredacted version of the Complaint, with Plaintiff's identity, on the docket under seal. Plaintiff has not done so, and the proposed amendment likewise contains only Plaintiff's pseudonym and does not include a separate unredacted document under seal.

Accordingly, the Court **DENIES without prejudice** Plaintiff's Motion to File the Attached Amended Complaint [DE 28] and **ORDERS** Plaintiff to comply with the Court's previous order by filing, on or before **July 22, 2024**, an unredacted version of the Complaint, with Plaintiff's identity, on the docket under seal. After there is a complete Complaint on the docket, Plaintiff may file a renewed motion to amend that includes a sealed unredacted copy of the proposed amendment.

SO ORDERED this 16th day of July, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record