**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JANE DOE,                                    ) | |
|         Plaintiff,                    ) | |
|                     ) | |
|     v.                                          ) | CAUSE NO.: 2:23-CV-440-JD-JEM |
|                     ) | |
| KIMBERLY O'CONNOR, *et al*.,      ) | |
|         Defendants.                 ) | |

## ORDER

This matter is before the Court on Plaintiff's Second Motion to File the Attached Unredacted Complaint Instanter Compliance with DKTs 27 and 29 [DE 30], filed July 23, 2024. On April 29, 2024, the Court granted Plaintiff's request to proceed anonymously and ordered Plaintiff to file an unredacted version of the Complaint, with Plaintiff's identity, on the docket under seal. When she had not done so by July 16, 2024, the Court ordered that it be filed by July 22, 2024. Plaintiff now requests that she be permitted to file her unredacted complaint a day after the deadline because the schedule of counsel for Plaintiff did not previously provide for its filing.

On review of the instant motion and finding good cause and excusable neglect for the missed deadline, the Court **GRANTS** Plaintiff's Second Motion to File the Attached Unredacted Complaint Instanter Compliance with DKTs 27 and 29 [DE 30] and **DIRECTS** the Clerk of Court to link the document at [DE 30-1] to the Complaint in this case and to **RETAIN AS SEALED** the document at [DE 30-1]. The motion at [DE 30] and the instant Order need not be sealed.

SO ORDERED this 24th day of July, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record